Marlene S. Muraco, Bar No. 154240
mmuraco@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando, 7th Floor
San Jose, California 95113.2431
Telephone:   408.998.4150
Fax No.:       408.288.5686

Attorney for Defendants
CEREBRAL MEDICAL GROUP, A PROFESSIONAL CORPORATION; CEREBRAL MEDICAL GROUP, PA fka SOUTH LEMON PROVIDER GROUP, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY BENDAU,<br><br>          Plaintiff,<br><br>     v.<br><br>SEQUOIA ONE PEO, LLC; CEREBRAL MEDICAL GROUP, A PROFESSIONAL CORPORATION; CEREBRAL MEDICAL GROUP, PA fka SOUTH LEMON PROVIDER GROUP, PA; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 3:21-cv-09580-TLT<br><br>**DEFENDANTS' RESPONSE TO THE COURT'S QUESTIONS FOR HEARING ON MOTION FOR PRELIMINARY APPROVAL**<br><br>Judge:    Trina L. Thompson<br>Dept:     Coutroom 9<br><br><br>Trial Date: Not set<br>Complaint Filed: December 10, 2021 |

**TO THE HONORABLE COURT:**

Defendant CEREBRAL MEDICAL GROUP, A PROFESSIONAL CORPORATION ("Cerebral APC"), and Defendant CEREBRAL MEDICAL GROUP, PA fka SOUTH LEMON PROVIDER GROUP, PA ("South Lemon") (collectively "Defendants") hereby respond to the Notice of Questions for Hearing on Motion for Preliminary Approval of Class Action Settlement (ECF Dkt. No. 60) as

LITTLER MENDELSON, P.C.
50 W. San Fernando
7th Floor
San Jose, CA 95113.2431
408.998.4150

DEFENDANTS' RESPONSE TO THE COURT'S QUESTIONS FOR HEARING ON MOTION FOR PRELIMINARY APPROVAL

CASE NO. 3:21-CV-09580-TLT

follows.

The Court asked whether there were any other cases that will be affected by the settlement. Counsel for Plaintiff correctly identified *Methu v. Cerebral Medical Group, APC*, Los Angeles County Superior Court Case No. 23PSCV00082 as the only pending action in which a plaintiff who is a member of a settlement class in this action is pursuing claims that fall within the scope of those released in this action. (Dkt. 62, p. 3.) As counsel for Plaintiff provided the Court with a copy of the *Methu* Complaint and a description of what the docket in that action shows, Defendant submits this response for the sole purpose of advising the Court that the *Methu* action settled last week at a mediation. The settlement paperwork is in process and no motion for approval has yet been filed.

Dated: October 17, 2023

LITTLER MENDELSON, P.C.

*/s/ Marlene Muraco*

Marlene S. Muraco

Attorney for Defendants CEREBRAL MEDICAL GROUP, A PROFESSIONAL CORPORATION; CEREBRAL MEDICAL GROUP, PA fka SOUTH LEMON PROVIDER GROUP, PA

4884-0200-6920.1 / 115051-1002

LITTLER MENDELSON, P.C.
50 W. San Fernando
7th Floor
San Jose, CA 95113.2431
408.998.4150

DEFENDANTS' RESPONSE TO THE COURT'S QUESTIONS FOR HEARING ON MOTION FOR PRELIMINARY APPROVAL — 2 — CASE NO. 3:21-CV-09580-TLT